UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. GRADFORD,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>STANISLAUS COUNTY PUBLIC SAFETY CENTER, et al.,<br><br>　　　　　　Defendants. | Case No.: 1:23-cv-00008-JLT-SKO<br><br>**ORDER REGARDING NOTICE OF VOLUNTARY DISMISSAL**<br><br>(Doc. 14) |

　　　Plaintiff filed his complaint in this action on January 3, 2023. (Doc. 1.) On June 16, 2023, Plaintiff filed a notice of voluntary dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. (Doc. 14.)

　　　"[U]nder Rule 41(a)(1)(A)(i), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.'" *Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc.*, 193 F.3d 1074, 1077 (9th Cir. 1999) (quoting *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997)). The Ninth Circuit has held that Rule 41(a) allows a plaintiff to dismiss without a court order any defendant who has yet to serve an answer or motion for summary judgment. *Pedrina v. Chun*, 987 F.2d 608, 609 (9th Cir. 1993). "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the

district court lacks jurisdiction to do anything about it." *Commercial Space Mgmt. Co., Inc.*, 193 F.3d at 1078. In this action, no defendant has been served, nor has an answer or other responsive pleading been filed.

Accordingly, the Clerk of the Court is **HEREBY ORDERED** to terminate any pending motions or deadlines and to close this case.

IT IS SO ORDERED.

Dated:   **July 17, 2023**                                /s/ *Sheila K. Oberto*
                                                  UNITED STATES MAGISTRATE JUDGE